THIRD DEPARTMENT, FEBRUARY, 2012

(February 2, 2012)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER R. BAKER, Appellant. [937 NYS2d 632]—

Mercure, A.P.J., Lahtinen, Spain, Kavanagh and McCarthy, JJ., concur. Ordered that the judgment is affirmed.